UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYLE CHRISTENSON,<br><br>               Plaintiff,<br><br>    v.<br><br>HENRY RICHARDS,<br><br>               Defendant. | Case No. C08-5328RBL<br><br>ORDER GRANTING I.F.P. APPLICATION |

Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **GRANTED**. Plaintiff is currently detained at the Special Commitment Center on McNeil Island, and plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation. .

The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 5th day of June, 2008.

                            */s/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge