UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KYLE CHRISTENSON,

          Plaintiff,

  v.

HENRY RICHARDS,

          Defendant.

Case No. C08-5328RBL

ORDER DENYING MOTION TO APPOINT COUNSEL

The Court, having reviewed Plaintiff's request for appointment of counsel, (Dkt. #22), the pleadings filed in support and in opposition thereto, and the balance of the record, does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. Wilborn, 789 F.2d at 1331.

Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*. Plaintiff has not

showed the court that he attempted to privately retain an attorney, other than to say that he did not have monies to pay for an attorney. The court notes that civil rights cases typically provide attorneys fees for successful cases, which would provide attorneys to consider these types of cases on a contingent basis. Moreover, and possibly most significantly, it appears that this case does not involve exceptional circumstances which warrant appointment of counsel.

Accordingly, Plaintiff's Motion to Appoint Counsel is **DENIED**.

DATED this 22nd day of October, 2008.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge