United States District Court
Western District of Washington
At Tacoma

Kyle Christenson

　　Plaintiff,

V.

Henry Richards,

　　Defendants

FILED ____ LODGED
____ RECEIVED
DEC 12 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

NO. C08-5328-RBL/JK

Notice of Voluntary Dismissal

I The Plaintiff Do ~~~~ voluntarly Dismiss this case.

IT IS SO ORDERED THIS 17th DAY OF December, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

FILED ____ LODGED
____ RECEIVED
DEC 17 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY____DEPUTY

Kyle Christenson
12-08-08


08-CV-05328-ORD